20

AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JR DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JUAN MANUEL CASTREJON-GARCIA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2181-BEN

I, JUAN MANUEL CASTREJON-GARCIA , the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 30, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Juan Castrejon
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer